

# IN THE
# TENTH COURT OF APPEALS

## No. 10-11-00054-CR

**JOSEPH NPKA HERD,**

                                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                                **Appellee**

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 10-00152-CRF-361

## MEMORANDUM  OPINION

Joseph Npka Herd attempts to appeal from an order denying his application for writ of habeas corpus.  The Clerk of this Court notified Herd in a letter dated June 10, 2011, that that his notice of appeal did not include the required certification of his right to appeal.  TEX. R. APP. P. 25.2(d).  The Court warned Herd that the Court would dismiss the appeal if he did not file a certification of his right to appeal within 14 days from the date of the letter.  *See* TEX. R. APP. P. 44.3.  More than 14 days have passed and no response has been filed.

Accordingly, this appeal is dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 3, 2011
Do not publish
[CR 25]